IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILLY RAY OKPEAHA JR.,<br><br>Defendant. | No. 4:24-mj-00003-KFR |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sarah North, having been first duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the FBI.

2. I make this affidavit in support of an application for a criminal complaint and arrest warrant pursuant to Federal Rules of Criminal Procedure 3 and 4. As explained more fully below, I have probable cause to believe that BILLY RAY OKPEAHA JR. has committed the following federal criminal offenses:

**Count 1**: That on or about January 22, 2024, within the District of Alaska, at or near Utqiagvik, the defendant, BILLY RAY OKPEAHA JR., attempted to employ, use, persuade, induce, entice, and coerce a minor, with the intent that such minor engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce; was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign

commerce by any means, including by computer; and was transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce.

**Count 2**: The on or about January 22, 2024, within the District of Alaska, at or near Utqiagvik, the defendant, BILLY RAY OKPEAHA JR., using any means and facility of interstate and foreign commerce, did knowingly attempt to induce, entice, and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, to wit the attempted violation of Alaska Statute 11.41.436(a)(1), Sexual Abuse of a Minor in the Second Degree.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because the affidavit is intended to establish probable cause to support a complaint and secure an arrest warrant, I have not included each and every fact known to me concerning this investigation.

4. I am a Special Agent with the FBI and have been since July 2017. Since that time, I have been assigned investigative responsibilities in the areas of violent crimes against children, violent gangs and criminal enterprise investigations in the FBI Anchorage Field Office, where I am currently assigned to the Violent Crimes squad. The Anchorage Field Office is located within the District of Alaska. During this assignment, I have focused on drug, violent gang, criminal enterprise, bank robbery, human trafficking, child pornography, and felon-in-possession-of-a-weapon investigations, which are violations of United States Code. I have conducted and participated in search warrants, arrest warrants, and interviews of people involved in violent crimes, to include crimes against children.

## FACTS ESTABLISHING PROBABLE CAUSE

*Initial Contact with Subject*

5.   A detective with a local law enforcement agency, acting in an undercover capacity as a 13-year-old female (MINOR), operated an account with a social media application (APP1) known to law enforcement to be utilized by individuals seeking sexual encounters with minors. MINOR's account has an age of 18 years old listed, due to APP1's terms of agreement. It is known to law enforcement that though many websites and applications require the user to acknowledge they are at least 18 years old, fictitious information may be utilized as a user may input any date of birth, name, etc. they choose without verification from the application or website.

*Undercover Communications with BILLY RAY OKPEAHA JR*

6.   On November 6, 2023 MINOR received a message on APP1 from user "Billy Ray Okpeaha Jr" (hereafter referred to as SUBJECT) saying "Hi" and "wyd" (which means "what [are] you doing?"). SUBJECT asked if MINOR lived in Barrow and how old MINOR was. SUBJECT gave his birthday and said he was about to turn 25. Once SUBJECT confirmed MINOR was 13 years old, SUBJECT requested "full body pics" and "nudes." An excerpt from that chat is shown below.



7. From November 6, 2023 to January 18, 2024 SUBJECT and MINOR discussed multiple things, to include: direction by SUBJECT for MINOR to send explicit content (none was sent by MINOR), SUBJECT sending a photo of his penis to MINOR, meeting each other in-person, and sexual interactions if an in-person meet occurred. SUBJECT provided MINOR with a hotel he was staying at and requested that she meet him at his hotel room. Some examples of these chats are detailed below.




4:24-mj-00003-KFR

Jan 23, 2024

8. On January 14, 2024 SUBJECT asked MINOR to come to his hotel room:



4:24-mj-00003-KFR

9. On January 14, 2024, SUBJECT continued to engage MINOR in sexual communications. SUBJECT sent a photo to MINOR of what appears to be SUBJECT naked, waist down, laying on a bed in a bedroom, with his penis erect and exposed. SUBJECT then asked "Would you be able to handle it? Lol" and "Too big?" During that same conversation, SUBJECT also asked MINOR "May I lick your pussy? Hehe":



4:24-mj-00003-KFR

10. SUBJECT continued to message with MINOR and on January 17, 2024, SUBJECT made additional requests for a nude picture of MINOR:



4:24-mj-00003-KFR

11. On January 17, 2024, SUBJECT told MINOR he lives with his uncle and cousin. He also sent a photo of his snow machine to MINOR:



4:24-mj-00003-KFR

12. On January 17, 2024, SUBJECT and MINOR made plans to meet on January 21, 2024 to engage in sexually illicit conduct. However, due to flight cancellations, the meet was rescheduled for the next day, January 22, 2024.

### *Identification of BILLY RAY OKPEAHA JR*

13. Per details provided by SUBJECT on APP1, publicly available, SUBJECT listed his date of birth as the same one he provided MINOR, his name as "Billy Ray Okpeaha Jr." and that he "Lives in Barrow, Alaska."

14. A search of the Alaska Public Safety Information Network (APSIN) was conducted for Billy Ray Okpeaha Jr. The results listed Billy Ray Okpeaha Jr, with the same date of birth and an address in Barrow, Alaska.

15. On January 17, 2024, Billy Ray Okpeaha Jr advised local law enforcement that he lives with his uncle and provided his address as the same Barrow address listed in APSIN.

16. Per open-source records, Billy Ray Okpeaha Jr had the same address as his uncle, whom he stated he lived with in the conversation with MINOR.

17. On January 17, 2024, local law enforcement drove by the Barrow address and saw the same snow machine parked outside the residence as SUBJECT had provided MINOR a photo of.

18. On January 17, 2024, FBI acquired DMV information and a driver's license (DL) photo of Billy Ray Okpeaha Jr. The DL photo was taken May 6, 2022 and resembles the photos SUBJECT has on APP1.

*Meet on January 22, 2024*

19. On January 22, 2024, FBI agents and local law enforcement identified Billy Ray Okpeaha Jr arriving to the apartment complex MINOR was staying at. This apartment was previously agreed upon by SUBJECT and MINOR as where they would meet to have sex. Okpeaha arrived on the Ski-Doo Renegade 800 snow machine SUBJECT had sent a photo of to MINOR. Law enforcement observed Okpeaha enter the apartment and made contact with him at that time.

*Interview of Billy Ray Okpeaha Jr on January 22, 2024*

20. On January 22, 2024, agents interviewed Billy Ray Okpeaha Jr in an apartment in Barrow, Alaska. After being advised of his Miranda Rights, Okpeaha agreed to talk with agents and provided the below information regarding his contact with MINOR.

21. Okpeaha stated he lived in Barrow with his uncle and three cousins at the same address listed in APSIN. Okpeaha also confirmed his birthday was the same as he listed on Facebook and the same that was listed in APSIN.

22. Okpeaha stated he sent MINOR a request to be friends and was the first to message MINOR because he found her attractive.

23. Okpeaha admitted he went to the apartment to meet MINOR for the purposes of engaging in illicit sexual conduct. He also admitted to directing MINOR to take explicit photos of herself and send them to him. Okpeaha stated he had not talked to other minors for the purpose of engaging in illicit sexual conduct.

Jan 23, 2024

24. Okpeaha had a phone on his person when law enforcement made contact with him at the apartment. Okpeaha identified the phone as his and later told the interviewers the passcode to his phone.

25. Under Alaska Statute 11.41.436(a)(1), Sexual Abuse of a Minor in the Second Degree, it is a criminal offense for an offender 17 years of age or older to engage in sexual penetration with a person who is 13 years of age. Sexual penetration includes intercourse and oral sex. AS § 11.81.900(b)(62).

## CONCLUSION

26. For the reasons described above, based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that BILLY RAY OKPEAHA JR. has committed the offenses described in the attached complaint. Accordingly, I ask the Court to issue the complaint and a warrant for BILLY RAY OKPEAHA JR.'s arrest in accordance with Federal Rule of Criminal Procedure 4(a).

RESPECTFULLY SUBMITTED,

Sarah North
Special Agent
FBI

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed.R.Crim.P. 4.1 this ___ day of January, 2024.

_____
HON. KYLE F. REARDON U.S. MAGISTRATE JUDGE

January 23, 2024

4:24-mj-00003-KFR