IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 4:24-cr-00003-RRB |
| vs. | |
| BILLY RAY OKPEAHA, JR., | **ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION UPON PLEA OF GUILTY** |
| Defendant. | |

Before the Court, at Docket 72, is the Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty, which has not been objected to by the parties.

For the reasons set for the therein, the Court hereby ACCEPTS AND ADOPTS the aforesaid Final Report and Recommendation and enters an adjudication of Guilt as to Count 1 of the Felony Information filed August 29, 2024. The Court further accepts the Admission of Criminal Forfeiture as set forth in the Indictment.

DATED this 19th day of September, 2024, at Anchorage, Alaska.

*/s/ Ralph R. Beistline*
RALPH R. BEISTLINE
Senior United States District Judge